**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANDREA SUMMERS**, | : |
| **Plaintiff**, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 22-2485-KSM |
| **MANOR CARE OF YEADON PA LLC,** et al., | : |
| **Defendants.** | : |

## ORDER

       **AND NOW**, this 12th day of December, 2022, it appearing to the court that the above-captioned case, which was placed in civil suspense on July 28, 2022 (Doc. No. 10), is still unable to proceed to trial without delay for reasons which are beyond the court's control, and in accordance with Section 1(c) of the Civil Suspense Docket Standing Order of June 24, 1975, it is hereby **ORDERED** that this case shall remain in suspense for no more than six months from the date of this Order unless continued in suspense status by further order of the court.

       It is **FURTHER ORDERED** that, within six months of the date of this Order, the parties must provide a status update regarding the continued presence or absence of the reasons why this case is unable to proceed to trial without delay.

       It is so **ORDERED**.

BY THE COURT:

*/s/ Karen Spencer Marston*

KAREN SPENCER MARSTON, D.J.