IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREA SUMMERS,** *individually and in her capacity as administrator of the Estate of Annie Mae Summers, Deceased*,<br><br>Plaintiff,<br><br>v.<br><br>**MANOR CARE OF YEADON PA LLC, et al.,**<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 22-2485-KSM** |

# ORDER

**AND NOW**, this 14th day of June, 2023, upon consideration of the parties' June 12, 2023 Joint Status Report, it is **ORDERED** that an **in person STATUS CONFERENCE** is scheduled for Wednesday, **June 21, 2023 at 1:30 p.m. in Courtroom 16B**.

**IT IS SO ORDERED**.

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**